USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATILDE GATTONI

                Plaintiff,

v.

NEWSWEEK MEDIA GROUP, INC.

                Defendant.

**NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**

Case No.: 1:18-cv-02419-VM

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matilde Gattoni hereby gives notice that the case has been settled and the above-captioned action is voluntarily dismissed, with prejudice.

Dated: June 12, 2018
Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

By: /s/ Joseph A. Dunne
Joseph Dunne
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
JD@LiebowitzLawFirm.com
*Attorneys for Plaintiff*

SO ORDERED: 18 June 2018

Hon. Victor Marrero

17